IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BEAR TRANSPORTATION SERVICES, L.P., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 4:12cv79 (Judge Clark/Judge Mazzant) |
| ANNA ASTON, ET AL., | § § § | |
| *Defendants.* | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 14, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion to Remand [Doc. #17] be granted and the case remanded to the 219th District Court of Collin County, Texas. The Court further recommended that Plaintiff pay Defendants' reasonable attorneys' fees.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendants' Motion to Remand [Doc. #17] is granted, and this case is remanded to the 219th District Court of Collin County, Texas.

It is further **ORDERED** that Plaintiff shall pay Defendants' attorneys' fees in the amount

of $3,157.25, as set forth in the Supplemental Affidavits of Attorneys' Fees [Doc. #26].

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **29** day of **June, 2012.**

_____
Ron Clark, United States District Judge